■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT L. COWAN, Appellant.— Determination of this appeal withheld and case remitted to Erie County Court for a hearing and determination in accordance with memorandum. Memorandum: The written, unsigned statement and oral admissions of defendant were received in evidence without objection of counsel. The Trial Judge, however, charged the jury that the issue of the voluntariness of these matters was for its determination. Under these circumstances the case must be remitted to Erie County Court for a hearing and determination of the question of the voluntariness of the admissions (*Jackson* v. *Denno,* 378 U. S. 368; *People* v. *Huntley,* 15 N Y 2d 72). At such hearing the defendant and the People are to be permitted to put into evidence additional proof on the issue of voluntariness if either side should so desire. The hearing should be held before the court alone, without a jury, and in rendering its decision the court shall make specific findings of fact and conclusions of law. (Appeal from judgment of Erie County Court, convicting defendant of violation of section 1751 (subd. 3, par. [a]) of the Penal Law, possession of narcotics.) Present — Bastow, J. P., Goldman, Henry, Noonan and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RONNIE MCKINNEY, Appellant.— Judgment unanimously affirmed. Memorandum: The answers given by defendant upon cross-examination on a collateral issue were conclusive and binding on the District Attorney and the court committed error in receiving evidence offered to contradict them. The proof of guilt of the defendant is so overwhelming, however, that we believe that the error did not affect the substantial rights of the defendant and the conviction should, therefore, be affirmed. (Appeal from judgment of Onondaga County Court convicting defendant of violation of section 3305 of the Public Health Law and violation of subdivision 1 of section 1751 of the Penal Law.) Present — Bastow, J. P., Goldman, Henry, Noonan and Del Vecchio, JJ.